E. DARWIN SMITH, J.

The question was principally one of fact which was found in favor of plaintiff on sufficient evidence, and the court refused to interfere with the finding.

*Judgment affirmed.*

---

### SCHOONMAKER v. ROUSE, appellant.

*Agency — when principal bound by acts of agent — Damages — measure of, in contract of sale.*

Defendants, who had purchased some ice of plaintiffs, and were not satisfied with the quality, sent their agent to plaintiffs to complain, and see that better ice was sent. The agent accepted certain ice, which plaintiffs loaded and sent to defendants. *Held,* that the acceptance was in the line of the agent's duty, and binding on defendants.

Defendants refused to receive the ice sent. *Held,* that plaintiffs had a right to keep the ice at defendants' risk, and recover the contract price. *Dustan* v. *McAndrew,* 44 N. Y. 72; Sedgw. on Dam. 282; *Lewis* v. *Greider,* 49 Barb 606; *Pollen* v. *Le Roy,* 30 N. Y. 349.

APPEAL from a judgment in favor of plaintiffs entered upon the report of a referee. The action was brought in Cayuga county by David H. Schoonmaker and another against Simeon Rouse to recover damages for a breach of contract for the sale and purchase of ice sold by plaintiffs to defendant.

*Sedgwicks, Kennedy & Tracy,* for appellant.

*Wood & Rathbun,* for respondents.

E. DARWIN SMITH, J.

The head-note fully states the only points of any importance for publication contained in the opinion.

*Judgment affirmed.*